UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 11-7068 |
| CHARLES VICK | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), and defendant Charles Vick (Brooke Barnett, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and two prior continuance orders having been entered in this matter, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of an investigation involving several witnesses and discovery that defense counsel requires adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Both the United States and the defendant desire additional time to conduct plea negotiations, which could render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this       day of August, 2011,

ORDERED that this action be, and hereby is, continued for a period of 60 days from August 5, 2011 to October 3, 2011; and it is further

ORDERED that the period from August 5, 2011 through October 3, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney

_____
Brooke Barnett
Counsel for defendant Charles Vick

-3-